### 16465.   FARMERS AND MERCHANTS BANK *v.* ROSS.

BLOODWORTH, J.  Neither of the special grounds of the motion for a new trial shows any reason why a new trial should be granted; the evidence demanded the verdict and the court properly overruled the motion for a new trial.  *Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 29, 1925.

Complaint; from Upson superior court—Judge Searcy. March 25, 1925.

*Claude Worrill,* for plaintiff in error.

*W. M. Dallas, M. D. Womble,* contra.